JOSEPH P. RUSSONIELLO (CSB #44332)
United States Attorney
THOMAS MOORE ABSB (4305-T780)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone: (415) 436-7063
Facsimile: (415) 436-6748
Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INSOO KIM,<br><br>　　　　Defendant. | NO.  CR 10-00171 RS<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE FROM JULY 27, 2010 TO AUGUST 3, 2010 AND EXCLUSION OF TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. 3161(h)(8)(A) AND 3161(h)(1)(F)) |

　　　　With the stipulation of the parties, the Court enters this order, continuing this matter from July 27, 2010 to August 3, 2010 and sets a motion hearing at 10:00 A.M. on that date. This time is excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(A).  The Court finds and holds, as follows:

　　　　1.  An exclusion of time is warranted under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(A) and 3161(h)(1)(F) during the pendency of pretrial motions and  to provide continuity of

1 | counsel and reasonable time necessary for effective preparation,
2 | taking into account the exercise of due diligence.
3 |     3.  On June 21, 2010 defendant filed a motion seeking a
4 | bill of particulars as well as a motion for discovery.
5 |     4.  At a hearing on this matter on June 22, 2010, Counsel
6 | for the defense indicated his intent to file and additional
7 | motions and requested additional materials of discovery to
8 | prepare his motions.  The government is seeking to comply with
9 | his request.
10 |    4.  Given these circumstances, the Court finds that the
11 | ends of justice served by excluding the period noted above
12 | outweigh the best interest of the public and the defendant in a
13 | speedy trial.
14 | IT IS SO STIPULATED:
15 | JOSEPH P. RUSSONIELLO
   | United States Attorney
16 |
17 | /s                          .
   | BLAKE D. STAMM
18 | Assistant United States Attorney
   | Attorneys for the United States
19 |
20 | /s  [signature: Martin A. Schainbaum]
21 | MARTIN A. SCHAINBAUM
   | Attorney for Insoo Kim
22 |
23 | IT IS SO ORDERED.
   | DATED: 6/28/10                    [signature]
24 |                                   _____
   |                                   HON. RICHARD SEEBORG
25 |                                   United States District Court Judge