MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:   (415) 436-7017
Telefax:       (415) 436-7009
tom.moore@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 10-00171 RS |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER SETTING STATUS |
| v. | ) CONFERENCE AND EXCLUSION OF |
| | ) TIME FROM THE SPEEDY TRIAL ACT |
| INSOO KIM, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

It is hereby stipulated by and between Plaintiff, United States of America and Defendant, Insoo Kim, through their respective counsel, as follows:

1.     For the reason that the time to begin the trial of this matter under the Speedy Trial Act which will expire on July 12, 2011, and because the trial of this matter is set for September 12, 2011, which is beyond the date that the trial of this matter must begin, the parties request that this matter be set for a status conference on June 14, 2011, at 2:30 p.m., although the court has set a status conference for July 12, 2011 at p.m.;

2.     Because defendant's counsel requires reasonable time to review extensive discovery produced in this tax matter, to prepare this matter for trial; and to prepare witnesses for trial; the parties agree that the period of delay from June 7, 2011 to June 14, 2011, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) &  (B)(iv) as the ends of justice served by this exclusion allowing for continuity of counsel and for adequate trial

//

1    preparation outweigh the best interest of the public and the defendant in a speedy trial.

2                                              MELINDA HAAG
                                               United States Attorney
3

4    _____/s/_____                       _____/s/_____
     MARTIN A. SCHAINBAUM                       THOMAS MOORE
5    Attorney for the Defendant                 Assistant United States Attorney
                                                Tax Division
6

7

8            PURSUANT TO STIPULATION,  IT IS SO ORDERED

9

10   Dated:  6/8/11          _____
                             UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip & [proposed] Order Setting Status
Conference & Excl. of Time From The
Speedy Trial Act  (No. CR-10-00171-RS)        2