*E-Filed 6/15/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00171 RS |
| Plaintiff, | ) | |
| v. | ) | |
| INSOO KIM, | ) | [PROPOSED] |
| | ) | ORDER EXCLUDING TIME |
| Defendant. | ) | UNDER THE SPEEDY TRIAL ACT |
| _____ | ) | |

ORDER

For the reasons stated at the June 14, 2011 hearing in this matter, the Court finds that the ends of justice served by delaying the trial of this matter outweigh the best interest of the public and the defendant in a speedy trial because additional time is required to allow for continuity of counsel and to allow Defendant Insoo Kim and his counsel, Martin Schainbaum, adequate time to review the government's discovery; to prepare this matter for trial; and to prepare witnesses for trial.

IT IS ORDERED that the period of delay from June 7, 2011 to November 29, 2011 shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this continuance allowing for continuity of counsel and for adequate preparation outweigh the best interest of the public and the defendant in a speedy trial.

ORDERED this __15th__ day of June, 2011 at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE